IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CYNTHIA GEORGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:23-cv-00449 |
| v. ) | |
| ) | Judge Aleta A. Trauger |
| IPM, LOFTS MURFREESBORO, ) | |
| Successor in Interest to IPM, and ) | |
| JEWELL M. HALE., INC. ) | |
| ) | |
| Defendants. ) | |

## JOINT MEDIATION REPORT

Come the parties, by and through counsel, and respectfully submit this Joint Mediation Report as required by the Court's October 19, 2023 Initial Case Management Order [Doc. No. 19]. The parties have agreed to engage the services of Allen Blair as the mediator in this case. The parties anticipate mediating in May, 2024.

Dated: April 1, 2024

Respectfully submitted,

**NEAL & HARWELL, PLC**

By:   */s/ J. Isaac Sanders*
      William T. Ramsey, # 009245
      J. Isaac Sanders, # 029372
1201 Demonbreun Street, Suite 100
Nashville, TN 37203
(615) 244-1713 – Telephone
(615) 726-0573 – Facsimile
wtr@nealharwell.com
isanders@nealharwell.com

**CALHOUN & ASSOCIATES**

By:     */s/ Eric G. Calhoun* (with permission, *J. Isaac Sanders*)
Eric G. Calhoun
1595 N Central Expressway
Richardson, TX 75080
eric@ecalhounlaw.com

### CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was served via the Court's CM/ECF electronic filing system which will notify the following counsel of record, this 1st day of April, 2024.

Eric G. Calhoun
Calhoun & Associates
1595 N Central Expressway
Richardson, TX 75080
eric@ecalhounlaw.com

Matthew Todd Sandahl
M. Todd Sandahl, Attorney at Law
234 1st Avenue South
Franklin, TN 37064
tsandahl@mtslaw.com

*/s/ J. Isaac Sanders*
J. Isaac Sanders
