IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CYNTHIA GEORGE, | § | |
| | § | |
| Plaintiff, | § | Civil Action No.: 3:23-cv-00449 |
| | § | |
| v. | § | |
| | § | **JURY DEMANDED** |
| IPM; LOFTS MURFREESBORO, | § | |
| SUCCESSOR IN INTEREST TO IPM; | § | **JUDGE ALETA A. TRAUGER** |
| and JEWELL M. HALE, INC., | § | |
| | § | |
| Defendants. | § | |

**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE**

Came on to be heard the parties' Stipulation for Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court having considered same is of the opinion that the same be granted and hereby ORDERS that this action be, and hereby is, dismissed with prejudice with each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE